**In re Charles J. DAVILA.**

**No. 08–05–00194–CV.**

Court of Appeals of Texas, El Paso.

June 9, 2005.

C. Jeff Minor, Semko & Minor, P.C., El Paso, for Interested Party.

Laura Strathmann, El Paso, for Relator.

Before BARAJAS, C.J., McCLURE, and CHEW, JJ.

### OPINION ON PETITION FOR WRIT OF MANDAMUS

DAVID WELLINGTON CHEW, Justice.

Relator, Charles J. Davila, asks this Court to issue a writ of mandamus against the Honorable Patricia Macias, Judge of the 388th District Court of El Paso County. Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex.1992)(orig.proceeding). Moreover, there must be no other adequate remedy at law. *Id.* Based on the record before us, we are unable to conclude that Respondent clearly abused her discretion. Accordingly, we deny mandamus relief. *See* TEX. R.APP.P. 52.8(a).